UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 18-255(2) (MJD/LIB)

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )
                                   )     **ORDER TO EXCLUDE**
v.                                 )     **TIME UNDER THE**
                                   )     **SPEEDY TRIAL ACT**
BRANDON JAMES HASSE,               )
                                   )
          Defendant.               )

\* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon the Defendant's motion [Docket No. 53] to exclude the period of time from the date of this order through **February 27, 2019** from the Speedy Trial Act computations in this case.   Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the Defendant in a speedy trial.   This finding is based on the facts set forth in the Statement of Facts in Support of Motion to Exclude Time Under the Speedy Trial Act.

**IT IS ORDERED** that the period from the date of this order through **February 27, 2019** shall be excluded from the Speedy Trial Act Computations in this case.


Dated:  February 13, 2019                    _____/s_____
                                             Michael J. Davis
                                             United States District Court