UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 18-255(2) (MJD/LIB)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER TO EXCLUDE** |
| v. | ) | **TIME UNDER THE** |
| | ) | **SPEEDY TRIAL ACT** |
| BRANDON JAMES HASSE, | ) | |
| Defendant. | ) | |

\* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon the Defendant's motion [Docket No. 53] to exclude the period of time from the date of this order through **February 27, 2019** from the Speedy Trial Act computations in this case. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the Defendant in a speedy trial. This finding is based on the facts set forth in the Statement of Facts in Support of Motion to Exclude Time Under the Speedy Trial Act.

**IT IS ORDERED** that the period from the date of this order through **February 27, 2019** shall be excluded from the Speedy Trial Act Computations in this case.

Dated: February 13, 2019 /s Michael J. Davis
Michael J. Davis
United States District Judge